IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 AUG -3 A 10: 12

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

__Durward O'Neal Briskey__ )
Full name and prison number of )
plaintiff(s) )
)
)  CIVIL ACTION NO. __3:05CV725-T__
    v. )  (To be supplied by the Clerk of the
)       U.S. District Court)
__Commissioner Wright__ )
__Sherriff Jeff Fuller__ )
__Jail Chief Shirley Johnson__ )
__Jail Captain Craig Davidson__ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )   No (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes ( )   No (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
   Plaintiff(s) __None__

   Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county)
   __None__

3. Docket No. __None__

4. Name of Judge to whom case was assigned __None__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? __None__

6. Approximate date of filing lawsuit __None__

7. Approximate date of disposition __None__

II. PLACE OF PRESENT CONFINEMENT __Randolph County Jail__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Randolph County Jail__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Commissioner Wright | P.O. Box 347 Wedowee, AL 36278 |
| 2. | Sheriff Jeff Fuller | Same Above |
| 3. | Chief Shirley Johnson | Same Above |
| 4. | Captain Craig Davidson | Same Above |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __Dec. 27, 2005 to current date__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Health and safety Hazards__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

Mildew, scrum, and fuguses in shower from not being clean properly & shower water dipping downstairs into pots of food on the stove and eating from the same plastic spoon every single day. Wiring hanging out of fixtures no lighting in any cell can't see how to use restroom and no running hot water in sinks, jail overcrowded by 3 times, water leaking from shower into the floor causing slipping of inmates, has state and county inmates in same cell blocks. Shirley Johnson, Craig Davidson is in control

-2-

GROUND TWO: mildew, scrum, + fugus has caused feet and leg fuguses on many inmates + hard water causing rawness between legs and bad breakouts on inmates backs

SUPPORTING FACTS: many inmates has fuguses at this present time 07-28-05, and irrationated rashing between legs and multiply bumps on there backs

GROUND THREE: Eating from same plastic spoon everyday + shower water dipping in pots of food constantly while cook is cooking + one hundred to one hundred and fifty roaches killed weekly in kitchen

SUPPORTING FACTS: has spoon for evidents + water is dipping at this present time 07-28-05 + kitchening infested with roaches now

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To rule in my favor on my pain and suffer, and pay in compensation – fines, + medication refunded

_Durward O'Neal Busker_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 07-28-05.
                (date)

_Durward O'Neal Busker_
Signature of plaintiff(s)