**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shirley Johnson
Randolph Co - Jail
P. O. Box 347
Wedowee, AL  36278

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

Philip Echose       8-12-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

05-725
PO & CMP

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
   (Transfer from service label)

7004 2510 0001 0150 2848

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540