IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DURWARD O'NEAL BRISKEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:05cv725-T ) |
| COMMISSIONER WRIGHT, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

On 10 August 2005, the Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED as follows:

1. That the plaintiff's claims against Commissioner Wright be and are hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

2. Commissioner Wright is DISMISSED as a party to this complaint; and

3. This case with respect to the remaining defendants is REFERRED back to the Magistrate Judge for additional proceedings.

DONE, this the 15th day of September, 2005.

                                            /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE