IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **DURWARD O'NEAL BRISKEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:05-cv-0725-MHT-VPM |
| ) | |
| **SHERIFF JEFF FULLER, et al.,** ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

COME NOW the Jeff Fuller, Sheriff of Randolph County, Alabama, Shirley Johnson, Chief Jailer of the Randolph County Jail, and Craig Davidson, Jail Captain of the Randolph County Jail, Defendants in the above-styled cause and move this Honorable Court for an extension of time of 30 days in which to file their Special Report and Answer which was due on September 19, 2005. As grounds for said motion, Defendants state as follows:

1. Counsel for the Defendants just received notice of this matter, along with a copy of the Complaint and Order for Special Report today.

2. On August 10, 2005, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause on or before September 19, 2005.

3. Counsel for Defendants has yet to meet with all the Defendants for the purpose of ascertaining the facts of the case and obtaining the documents located at the Randolph County Sheriff's Department relevant to Plaintiff's allegations. In addition, it may be necessary to obtain additional documents relating to the Plaintiff's incarceration made the basis of his Complaint.

4.   Defendants are in need of this additional time to fully respond to the Plaintiff's allegations.

5.   Defendants have not previously requested an extension of time in this case.

6.   Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including October 19, 2005.

Respectfully submitted this 21st day of September, 2005.

> s/C. Richard Hill, Jr.
> C. RICHARD HILL, JR. Bar No. HIL045
>
> Attorney for Defendants
>
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  rhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of Sept, 2005, I have served the foregoing document on the following:

> Durward O'Neal Briskey
> Randolph County Jail
> P.O. Box 347
> Wedowee, AL 36278

by placing a true and correct copy of the foregoing in the U.S. Mail, postage prepaid, on this the 21st day of September, 2005.

> s/C. Richard Hill, Jr.
> OF COUNSEL

2