IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

DURWARD O'NEAL BRISKEY                  *

   Plaintiff,                                       *

   v.                                                    * CIVIL ACTION NO. 3:05-CV-725-T

COMMISSIONER WRIGHT, *et al.*,          *

   Defendants.                                    *

_____

## ORDER ON MOTION

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The motion (Doc. No. 10) is GRANTED; and

2. Defendants are GRANTED an extension from September 19, 2005 to October 19, 2005 to file their answer and written report.

Done this 22nd day of September 2005.

        /s/ Delores R. Boyd
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE

        for

        VANZETTA PENN MCPHERSON
        UNITED STATES MAGISTRATE JUDGE