IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DURWARD O'NEAL BRISKEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:05-cv-0725-MHT-VPM |
| SHERIFF JEFF FULLER, et al., | ) ) ) |
| Defendants. | ) |

### DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME

COME NOW the Jeff Fuller, Sheriff of Randolph County, Alabama, Shirley Johnson, Chief Jailer of the Randolph County Jail, and Craig Davidson, Jail Captain of the Randolph County Jail, Defendants in the above-styled cause and move this Honorable Court for an extension of time of 15 days in which to file their Special Report and Answer which was due on October 19, 2005. As grounds for said motion, Defendants state as follows:

1. On August 10, 2005, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause on or before September 19, 2005.

2. On September 21, 2005, Defendants filed a Motion for Extension of Time to file their Special Report and Answer up to and including October 19, 2005.

3. On September 22, 2005, this Court entered an Order granting Defendants' Motion for Extension of Time to file their Special Report and Answer.

4. Counsel for Defendants has met with all the Defendants for the purpose of ascertaining the facts of the case and obtaining the documents located at the Randolph County Sheriff's Department relevant to Plaintiff's allegations, however; additional investigation is needed to fully address the allegations made the basis of Plaintiff's Complaint. In addition, it

may be necessary to obtain additional documents relating to the Plaintiff's incarceration made the basis of his Complaint.

     5.     Defendants are in need of this additional time to fully respond to the Plaintiff's allegations.

     6.     Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED Defendants respectfully request this Honorable Court grant their Second Motion for Extension of Time to file their Special Report and Answer up to and including November 3, 2005.

Respectfully submitted this 19th day of October, 2005.

          **s/C. Richard Hill, Jr.**
          C. RICHARD HILL, JR. Bar No. HIL045

          Attorney for Defendants

          WEBB & ELEY, P.C.
          7475 Halcyon Pointe Drive
          Post Office Box 240909
          Montgomery, Alabama 36124
          Telephone: (334) 262-1850
          Fax: (334) 262-1889
          E-mail: rhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of October, 2005, I have served the foregoing document on the following:

          Durward O'Neal Briskey
          10766 County Road 26
          Wedowee, AL 36278

by placing a true and correct copy of the foregoing in the U.S. Mail, postage prepaid, on this the 19th day of October, 2005.

          **s/C. Richard Hill, Jr.**
          OF COUNSEL