# Exhibit A

# Inmate File of Durward O'Neal Briskey, Arrest Report dated February 22, 2004

ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| 1 Yes | 1 Yes |
| 2 No | 2 No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 05 60 3 00 | Wedowee Police Dept | 04 0222 8 01 | |

5 LAST, FIRST, MIDDLE NAME: Briskey Durward ONeal
6 ALIAS AKA

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | SCARS | MARKS | TATOOS | AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | W | 5'03 | 140 | Bro | Blk | Light | | | 2 Marks | Tatoos allover | |

15 PLACE OF BIRTH (CITY, COUNTY, STATE)
16 SSN: 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
17 DATE OF BIRTH: 05 27 77
18 AGE: 26
19 MISCELLANEOUS ID #

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Suspend/Revoked | |

24 FBI #   HENRY CLASS / NCIC CLASS
23 IDENTIFICATION COMMENTS: you Redneck mother fuck

| 26 RESIDENT / 2 NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| 2 NON-RESIDENT | 10766 Co Rd 26 Wedowee Al 36278 | ( ) unkwon | |

30 EMPLOYER (NAME OF COMPANY/SCHOOL)
31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP)
32 BUSINESS PHONE

**ARREST**

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP): Co Rd 864
34 SECTOR #
35 ARRESTED FOR YOUR JURISDICTION? YES NO

| 36 CONDITION OF ARRESTEE | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| 1 DRUNK  2 SOBER  3 DRINKING  4 DRUGS | 1 YES  2 NO | NONE  OFFICER  ARRESTEE | Y  N | HANDGUN  RIFLE  SHOTGUN  OTHER FIREARM  OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TIME OF ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 02 22 04 | 2054  1 AM 2 PM  MIL | M T W T F S S | ON VIEW  CALL  WARRANT | 2 YES  UNKNOWN |

| 46 CHARGE—1 | 1 FEL | 2 MISD | 47 UCR CODE | 48 | 49 UCR CODE |
|---|---|---|---|---|---|
| DUI | | | | Attempting to elude | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 32-5A-191 | | M D Y | 32-5A-193A | | M D Y |

| 56 CHARGE—3 | 1 FEL | 2 MISD | 57 UCR CODE | 58 CHARGE—4 | 1 FEL | 2 MISD | 59 UCR CODE |
|---|---|---|---|---|---|---|---|
| Reckless endangerment | | | | Stopping on Roadway | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| 13A-6-24 | | M D Y | 32-5A-130 A | | M D Y |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| 1 HELD  2 BAIL  3 RELEASED  4 TOT—IL  5 OTHER | | ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | TOP / BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|---|
| 1990 | Chev | Cavalier | 4D | | morune | 56B640C | | |

| 78 VIN | 79 IMPOUNDED? | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| 1G1 JC 54 G 2 L J 26 47 47 | YES NO | Howard Bailey |

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED: Gun's 12 guage shotgun, winchester, 22 rifle 10/22 Ruger 1202 Bedright Full   CONTINUED IN NARRATIVE

**JUVENILE**

| 82 JUVENILE DISPOSITION | 1 HANDLED AND RELEASED  2 REF. TO JUVENILE COURT | 3 REF. TO WELFARE AGENCY  4 REF. TO OTHER POLICE AGENCY | 5 REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)
85 ADDRESS (STREET, CITY, STATE, ZIP)
86 PHONE ( )

87 PARENTS EMPLOYER
88 OCCUPATION
89 ADDRESS (STREET, CITY, STATE, ZIP)
90 PHONE ( )

**RELEASE**

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 02 23 04 11 30  1 AM 2 PM MIL | Jason Dutton | WPD | 308 |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| BCI | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|
| 1 YES  2 NO  3 PARTIAL | | |

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

Subject stated he was fine at time of arrest then started complaining about wrist hurting due to accident. see page 2 Transported subject to RCJ raising cain. Subject was asked did he want to go to hospital

LOCAL USE / STATE USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|
| | Jason Dutton |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| Dutton Jason D | 308 | | | ID # | ID # |

TYPE OR PRINT IN BLACK INK ONLY
ACJIC— 34 REV. 10-90

ALABAMA UNIFORM ARREST REPORT

| | Fingerprinted | R84 Completed |
|---|---|---|
| | ① Yes | ① Yes |
| | ② No | ② No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI # | 2 AGENCY NAME | | 3 CASE # | 4 SFX |
|---|---|---|---|---|
| 05.60.3.00 | WPD | | 04.02228.01 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Briskey Oneal Durward | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | ☐ SCARS | ☐ MARKS | ☐ TATOOS | ☐ AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☐ W ☒ B | 5'03 | 140 | Bro | Blk | Light | | | | | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| | 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 | 03-29-77 | 26 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | Suspended/revoked | |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, ZIP) | 28 RESIDENCE PHONE ( ) | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |
|---|---|---|

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☐ NO |
|---|---|---|
| | | ☐ IN STATE ☐ OUT STATE ☐ AGENCY |

| 36 CONDITION OF ARRESTEE: | ☐ DRUNK ☐ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☐ NO | 38 INJURIES? ☐ OFFICER ☐ ARRESTEE ☐ NONE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ OTHER FIREARM ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN |
|---|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 02-22-04 | 2054 ☐ 1. AM ☒ 2. PM ☐ MIL. | S M T W T F S ① ② ③ ④ ⑤ ⑥ ⑦ | ☒ ON VIEW ☐ CALL ☐ WARRANT | ☐ YES ☒ NO ☐ UNKNOWN |

| 46 CHARGE-1 ☐ FEL ☐ MISD | 47 UCR CODE | 48 CHARGE-2 ☐ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|
| UPL | | Reasonble prudent speed | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 28-4-20 | | M D Y | 32-5A-170 | | M D Y |

| 56 CHARGE-3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE-4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| Ingmot of insurance | | No seat Belt | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| 32-7A-16 | | M D Y | 32-5B-4 | | M D Y |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒ ① HELD ☐ ④ TOT—LE ☐ ② BAIL ☐ ⑤ OTHER ☐ ③ RELEASED | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: | ☐ ① HANDLED AND RELEASED ☐ ② REF. TO JUVENILE COURT | ☐ ③ REF. TO WELFARE AGENCY ☐ ④ REF. TO OTHER POLICE AGENCY | ☐ ⑤ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| M D Y ☐① AM ☐② PM ☐ MIL. | | | |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| subject he didn't want to go. After booking subject complained about neck and back ache. Inv. bene thawes transported to hospital E.R. to to checked out. |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE | STATE USE |
|---|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|

TYPE OR PRINT IN BLACK INK ONLY

ACJIC— 34 REV. 10-90

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☒ Yes | ☒ Yes |
| ☐ No | ☐ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # 0.5.6.0.3.0.0 WPD | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|

| 5 LAST, FIRST, MIDDLE NAME  Brisky Durward ONeal | 6 ALIAS AKA |
|---|---|

| 7 SEX ☒M ☐F | 8 RACE ☐W ☒B ☐3A ☐4I | 9 HGT. 5'03 | 10 WGT. 140 | 11 EYE Bro | 12 HAIR Blk | 13 SKIN Light | 14 | ☐1 SCARS | ☐2 MARKS | ☐3 TATOOS | ☐4 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN  424-016-5115 | 17 DATE OF BIRTH  05 27 72 | 18 AGE 26 | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | Susp/Revoked | |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 ☐1 RESIDENT  ☐2 NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE ( ) | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |
|---|---|---|

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☐ NO  ☐1 IN STATE ☐2 OUT-STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE: | ☐1 DRUNK ☐2 DRINKING | ☐3 SOBER ☐4 DRUGS | 37 RESIST ARREST? ☐1 YES ☐2 NO | 38 INJURIES? ☐1 NONE ☐2 OFFICER ☐3 ARRESTEE | 39 ARMED? ☐Y ☒N | 40 DESCRIPTION OF WEAPON ☐1 HANDGUN ☐4 OTHER FIREARM ☐2 RIFLE ☐5 OTHER WEAPON ☐3 SHOTGUN |
|---|---|---|---|---|---|---|

| 41 DATE OF ARREST  M D Y | 42 TIME OF ARREST  : ☐1 AM ☐2 PM ☐3 MIL. | 43 DAY OF ARREST  S M T W T F S  1 2 3 4 5 6 7 | 44 TYPE ARREST ☐1 ON VIEW ☐2 CALL ☐3 WARRANT | 45 ARRESTED BEFORE? ☐1 YES ☐2 NO ☐3 UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE—1 ☐1 FEL ☐2 MISD  Driving Revoked | 47 UCR CODE | 48 CHARGE—2 ☐1 FEL ☐2 MISD  Improper Lane Usage | 49 UCR CODE |
|---|---|---|---|
| 50 STATE CODE/LOCAL ORDINANCE  32-6-19 | 51 WARRANT # | 52 DATE ISSUED  M D Y | 53 STATE CODE/LOCAL ORDINANCE  32-5A-88 | 54 WARRANT # | 55 DATE ISSUED  M D Y |

| 56 CHARGE—3 ☐1 FEL ☐2 MISD | 57 UCR CODE | 58 CHARGE—4 ☐1 FEL ☐2 MISD | 59 UCR CODE |
|---|---|---|---|
| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED  M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED  M D Y |

| 66 ARREST DISPOSITION ☐1 HELD ☐4 TOT-LE ☐2 BAIL ☐5 OTHER ☐3 RELEASED | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐1 YES ☒2 NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

## JUVENILE

| 82 JUVENILE DISPOSITION: | ☐1 HANDLED AND RELEASED ☐2 REF. TO JUVENILE COURT | ☐3 REF. TO WELFARE AGENCY ☐4 REF. TO OTHER POLICE AGENCY | ☐5 REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE  M D Y ☐1 AM ☐2 PM ☐3 MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐1 YES ☐2 NO ☐3 PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|

|  | LOCAL USE |
|---|---|
| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR  ID # | 116 WATCH  CMDR. |
|---|---|---|---|---|---|

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

# Exhibit B

# Inmate File, Booking Sheet
# dated February 22, 2004

1

RANDOLPH COUNTY JAIL BOOKING SHEET

DATE 2-22-04          BOOKING NUMBER 20040139

NAME Briskey, Durward O'neal

PHONE 256-395-2275    EYE BRO    HAIR BLK

ADDRESS 10766 CO RD 26

CITY Wedowee          STATE AL    ZIP 36278

DOB 5-27-77    SEX M    RACE B    HT 5'4

WT 160    SOC 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    DL

PLACE OF BIRTH Randolph    STATE AL.

EMPLOYER Steel Fab    POSITION Welder

ADDRESS Roanoke    PHONE

REMARKS

RELEASE DATE 2-24-04    BY ON Bond

SCARS/TATTOOS Tatoos (B)+(A) arms (L) side
neck & abd. back

# Exhibit C

# SJIS Case Detail, CC014-149



*alacourt.com's*

## *Alabama SJIS CC/DC Case Detail*

| Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem |

B

### Case

| County | 56 RANDOLPH | Case Number | ⏺CC 2004 000149 00 | JID | | HFB | DEF Status | B BOND ESTS: A |
|---|---|---|---|---|---|---|---|---|
| Name | BRISKEY DURWARD O'NEAL | | | Alias | | | | |
| Address 1 | 10766 CO RD 26 | | | Alias | | | | |
| Address 2 | | | | SID | AL 000000000 | | YDate | |
| Zip | 36278 0000 WEDOWEE AL US | | | AS | | | PR | 2004 013065 00 |
| DLNO | AL | DOB | 05271977 | SSN | | | Race/Sex | B/M |
| Height | 5 03 | Weight | 140 | Eyes | BRO | | Hair | BLK |
| Filed | 08242004 | AAGCY | | Muni# | 00 | | City | |
| Arrest | 02222004 | OfdDT | 02222004 | ORI | 0560300 | | OFFC | |
| Indict | 08232004 | Grand Jury | 127-129 | Atty 1 | LOW011 R | | Tkt# | |
| Bond | 0001050000 | Type | P | Bond Co | | | REL | 02242004 |
| Sure | | CWIT | | JDMD | | | APPL | |
| Tracking No's | DC 2004 000091 00 / 0000 000000 00 / 0000 000000 00 | | | | | | | |
| Date | 1 12012005 | Que | 001 | Time | 0900 A | | Desc | REVW |
| Charge 1 | DUIF | DUI - FELONY | | 032-05A-191(A) &(H) | F OT | | Counts | 001 |
| Charge 2 | UPPL | ALCOHOL-POSS/SELL PR | | 028-004-020 | M AL | | Counts | 001 |
| Charge 3 | RECK | RECKLESS ENDANGERMEN | | 13A-006-024 | M PE | | Counts | 001 |
| More | N | Dom Viol | N | Case Type | F | | Case Cat | OT |
| Comment | | | | | | | | |

### Settings

| Date 1 | 12012005 | Que | 001 | Time | 0900 A | Desc | REVW REVIEW DOCKET/HEAR |
|---|---|---|---|---|---|---|---|
| Date 2 | | Que | 000 | Time | 0000 | Desc | |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | LISENBY WILLIAM A JR | Atty 1 | LOWE BRAXTON BLAKE | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |

### Disposition

| CRT ACT | G GUILTY PLEA | CADATE | 11022004 | Jury | Y | More | N |
|---|---|---|---|---|---|---|---|
| Charge 1 | DUIF DUI - FELONY 032-05A-191(A) F O | | | Counts | 001 | CA | G 11022004 |
| Charge 2 | UPPL ALCOHOL-POSS/SELL P 028-004-020 M A | | | Counts | 001 | CA | N 11022004 |
| Charge 3 | RECK RECKLESS ENDANGERME 13A-006-024 M P | | | Counts | 001 | CA | N 11022004 |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | | | | | | | |
| CMP:N | SPRO:Y | Due | 0000492022 | Warr:000 | SUBP:011 | Updated | 09292005 |

### Sentence

| Sent | 11022004 | Begin | | End | | PRB BEG | |
|---|---|---|---|---|---|---|---|
| IMP CONF | 01 00 000 | SUSP CONF | 04 00 000 | TOTAL CONF | 05 00 000 | JAIL CRED | 00 00 000 |
| LICN SUSP | 00 00 000 | PROBATION | 03 00 000 | PRB REV | 00000000 | | |
| Monetary: | X COST | X FINE IMP: 00200000 | SUSP: 00000000 | X CVCC | X HIS | | |
| | WCCS | MCOS 00000000 | JFEE 00000000 | DRGF 0 | ASU | | |
| | WCDA | REMB 00000000 | 3CVC 00000000 | WARR 000 | USF | | |
| | PREL | DRUG 00000000 | RCUP 00000000 | X SUBP 011 | | | |

| | RES1 00000000 | | RES2 00000000 | | RES3 00000000 | | |
|---|---|---|---|---|---|---|---|
| | RES4 00000000 | | RES5 00000000 | | RES6 00000000 | | |
| Confine: | PENT | LIFE | LWOP | DEATH | X SPLIT | BOOT 000 | EMON 00 |
| | X JAIL | X CCUR | CSEC | CTERM | RVSPL | GANG 000 | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000 | SAPP |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | | HOOF 000 | |
| | DRUG CODE: | | | MEAS: | VOL: 00000000 | | |
| SEC/CUR: | 00 | 000000000000 00 | 00 | 000000000000 00 | 00 | 000000000000 | |
| Comment: | | | | | | | |
| BAL DUE | 0000492022 | | DUE | 12012004 | | CRO | Updated 09292005 |

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 08242004 | 0838 | JUDG | ASSIGNED TO: (XXX) (AR01) | MAL |
| 08242004 | 0838 | STAT | INITIAL STATUS SET TO: "B" - BOND (AR01) | MAL |
| 08242004 | 0838 | FILE | FILED ON: 08/24/2004 (AR01) | MAL |
| 08242004 | 0838 | ARRS | DEFENDANT ARRESTED ON: 02/22/2004 (AR01) | MAL |
| 08242004 | 0838 | INDT | DEFENDANT INDICTED ON: 08/23/2004 (AR01) | MAL |
| 08242004 | 0838 | ATY1 | ATTORNEY FOR DEFENDANT: LOWE BRAXTON BLAKE (AR01) | MAL |
| 08242004 | 0838 | BOND | BOND SET AT: $10500.00 (AR01) | MAL |
| 08242004 | 0838 | REDT | DEFENDANT RELEASED FROM JAIL: 02/24/2004 (AR01) | MAL |
| 08242004 | 0838 | FILE | CHARGE 01: DUI - FELONY/#CNTS: 001 (AR01) | MAL |
| 08242004 | 0838 | FILE | CHARGE 03: RECKLESS ENDANGERME/#CNTS: 001 (AR01) | MAL |
| 08242004 | 0838 | FILE | CHARGE 02: ALCOHOL-POSS/SELL PR/#CNTS: 001 (AR01) | MAL |
| 08242004 | 0838 | DAT1 | SET FOR: ARRAIGNMENT ON 09/14/2004 AT 0900A(AR01) | MAL |
| 08252004 | 0232 | DOCK | NOTICE SENT: 08/25/2004 LOWE BRAXTON BLAKE | MAL |
| 08252004 | 0232 | DOCK | NOTICE SENT: 08/25/2004 BRISKEY DURWARD O'NEAL | MAL |
| 09142004 | 1346 | TEXT | PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT | MAL |
| 09152004 | 0946 | TEXT | DISCOVERY RESPONSE | MAL |
| 09152004 | 0950 | TEXT | DISCOVERY INSTRUCTIONS | MAL |
| 09152004 | 0950 | TEXT | MOTION FOR DISCOVERY BY THE STATE | MAL |
| 09152004 | 0950 | TEXT | AFFIDAVIT BY DEFENDANT OF PRIOR FELONY CONVICTIONS | MAL |
| 09292004 | 1627 | DAT1 | SET FOR: PLEA DOCKET ON 10/07/2004 AT 0900A (AR10) | MAL |
| 09292004 | 1630 | DESC | DATE 1 DESC CODE CHANGED TO PLEA (AR09) | MAL |
| 09292004 | 1630 | DOC1 | DOCKET DATE NOTICE SENT TO DEFENDANT (AR09) | MAL |
| 09292004 | 1630 | DOC1 | CASE SET ON 10072004 FOR PLEA (AR09) | MAL |
| 09292004 | 1630 | DESC | DATE 1 DESC CODE CHANGED TO PLEA (AR09) | MAL |
| 09292004 | 1630 | DOC1 | CASE SET ON 10072004 FOR PLEA (AR09) | MAL |
| 09292004 | 1630 | DOC1 | DOCKET DATE NOTICE SENT TO DEF ATTY 1 (AR09) | MAL |
| 10072004 | 1708 | DAT1 | SET FOR: JURY TRIAL ON 10/25/2004 AT 0900A (AR10) | MAL |
| 10132004 | 0859 | PNME | PARTY W006 NAME CHANGED FROM: MIKE FARMER (AW21) | RHH |
| 10192004 | 0218 | DOCK | NOTICE SENT: 10/19/2004 LOWE BRAXTON BLAKE | MAL |
| 10192004 | 0218 | DOCK | NOTICE SENT: 10/19/2004 BRISKEY DURWARD O'NEAL | MAL |
| 10212004 | 1315 | TEXT | MOTION TO CONTINUE | MAL |
| 10262004 | 1348 | DAT1 | SET FOR: JURY TRIAL ON 11/01/2004 AT 0900A (AR10) | MAL |
| 11022004 | 1437 | JUDG | JUDGE ID CHANGED FROM: XXX TO: HFB (AR01) | MAL |
| 11022004 | 1437 | JFEL | JUROR FELONY FLAG SET ON FOR INDIVIDUAL (AR10) | MAL |
| 11022004 | 1437 | DISP | CHARGE 01: DUI - FELONY/#CNTS: 001 (AR10) | MAL |
| 11022004 | 1437 | DISP | CHARGE 02: ALCOHOL-POSS/SELL P/#CNTS: 001 (AR10) | MAL |
| 11022004 | 1437 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: HFB | MAL |
| 11022004 | 1437 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 11/02/2004 | MAL |
| 11022004 | 1437 | DISP | CHARGE 03: RECKLESS ENDANGERME/#CNTS: 001 (AR10) | MAL |
| 11022004 | 1437 | DISP | CHARGE 02 DISPOSED BY: NOL PRS/DA ON: 11/02/2004 | MAL |
| 11022004 | 1437 | DISP | CHARGE 03 DISPOSED BY: NOL PRS/DA ON: 11/02/2004 | MAL |
| 11022004 | 1437 | UTCF | UTC-19 FORM ISSUED: 11/02/2004 (AR10) | MAL |
| 11022004 | 1439 | CH01 | DEFENDANT SENTENCED ON: 11/02/2004 (AR05) | MAL |
| 11022004 | 1439 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 11022004 | 1439 | CH01 | FINE IMPOSED: $2000.00 (AR05) | MAL |

| | | | | |
|---|---|---|---|---|
| 11022004 | 1439 | CH01 | COST PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 11022004 | 1439 | CH01 | USER FEE PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 11022004 | 1439 | CH01 | TOTAL CONFINEMENT: 05 YEARS (AR05) | MAL |
| 11022004 | 1439 | CH01 | IMPOSED CONFINEMENT: 05 YEARS (AR05) | MAL |
| 11022004 | 1439 | CH01 | SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 11022004 | 1439 | CH01 | FINE PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 11022004 | 1439 | CH01 | CVCC PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 11022004 | 1439 | CH01 | CONCURRENT SENTENCE ORDERED BY THE COURT (AR05) | MAL |
| 11022004 | 1439 | UTCF | UTC-19 FORM ISSUED: 11/02/2004 (AR05) | MAL |
| 11022004 | 1439 | CH01 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 11022004 | 1443 | CH01 | USER FEE PROVISION DELETED (AR05) | MAL |
| 11022004 | 1447 | DAT1 | SET FOR: PROBATION ON 12/13/2004 AT 0900A (AR01) | MAL |
| 11022004 | 1603 | TEXT | EXPLANATION OF RIGHTS AND PLEA OF GUILTY | MAL |
| 11022004 | 1603 | TEXT | PLEA AGREEMENT, SENTENCING ORDER | MAL |
| 11042004 | 0222 | DOCK | NOTICE SENT: 11/04/2004 LOWE BRAXTON BLAKE | MAL |
| 11042004 | 0223 | DOCK | NOTICE SENT: 11/04/2004 BRISKEY DURWARD O'NEAL | MAL |
| 11042004 | 1019 | TEXT | ADDENDUM TO STATE'S RESPONSE TO DEFENDANT'S | MAL |
| 11042004 | 1019 | TEXT | MOTION FOR DISCOVERY | MAL |
| 12132004 | 1125 | CH01 | IMPOSED CONFINEMENT: 01 YEARS (AR05) | MAL |
| 12132004 | 1125 | CH01 | SUSPENDED CONFINEMENT: 04 YEARS (AR05) | MAL |
| 12132004 | 1125 | CH01 | JAIL CONFINEMENT ORDERED BY THE COURT (AR05) | MAL |
| 12132004 | 1125 | CH01 | PENITENTIARY PROVISION DELETED (AR05) | MAL |
| 12132004 | 1125 | CASU | CASE ACTION SUMMARY PRINTED (AR08) | MAL |
| 06012005 | 0070 | FELN | CONVICTION REPORT TO BOARD OF REGISTRARS | MAL |
| 07152005 | 1100 | DAT1 | SET FOR: REVIEW DOCKET/HEAR ON 09/29/2005 AT(AR01) | MAL |
| 07152005 | 1102 | RETU | ORDER FOR SVC & RETURN SENT TO DEFENDANT (AR09) | MAL |
| 09292005 | 0947 | CH01 | PROBATION OF: 03 YEARS (AR05) | MAL |
| 09292005 | 0947 | CH01 | SPLIT SENTENCE PROVISION ORDERED BY THE COURT | MAL |
| 09292005 | 0948 | TEXT | ORDER FILED-DEFENDANT RELEASED COPIES MAILED | MAL |
| 09292005 | 0949 | DAT1 | SET FOR: REVIEW DOCKET/HEAR ON 12/01/2005 AT(AR01) | MAL |

# Exhibit D

# Inmate File, Booking Sheet dated December 27, 2004

RANDOLPH COUNTY JAIL BOOKING SHEET     *Dr. Ypm*

DATE _12-22-04_     BOOKING NUMBER _20041047_

NAME _Briskey Durward O'neal_

PHONE _256-3952275_     EYE _Brn_     HAIR _Blk_

ADDRESS _10766     Co     Rd  26_

CITY _Wedowee_     STATE _Ala_     ZIP _36278_

DOB _5-22-72_  SEX _M_     RACE _B_     HT _5'4_

WT _160_     SOC _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_     DL _____

PLACE OF BIRTH _Randolph Co_     STATE _Ala_

EMPLOYER _Steel Fab_     POSITION _Welder_

ADDRESS _Roanoke_     PHONE _____

REMARKS _____

RELEASE DATE _____     BY _____

SCARS/TATTOOS _Neck - R + L  Arms -_
_Back_

**Exhibit E**

**Affidavit of Jeff Fuller**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DURWARD O'NEAL BRISKEY,                )
                                        )
    Plaintiff,                        )
                                        )
vs.                                     )   CIVIL ACTION NO. 3:05-cv-725-MHT-VPM
                                        )
COMMISSIONER WRIGHT, et al.,            )
                                        )
Defendants.                             )

### AFFIDAVIT OF JEFF FULLER

STATE OF ALABAMA          )
                          )
COUNTY OF RANDLOLPH       )

    **BEFORE ME,** the undersigned authority and Notary Public in and for said County and State at large, personally appeared Jeff Fuller, who being known to me and being by me first duly sworn on oath deposes and says as follows:

    1.    My name is Jeff Fuller. I am over the age of nineteen and competent to make this affidavit. I am the duly elected Sheriff of Randolph County, Alabama.

    2.    I am familiar with the Plaintiff, Durward O'Neal Briskey, due to the fact that he has been incarcerated in the Randolph County, Alabama Jail.

    3.    I am not personally familiar with the allegations made the basis of the Plaintiff's Complaint as the Plaintiff has never made any complaint to me specifically, either verbally or written.

    4.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.    I appointed Shirley Johnson as my Jail Administrator to handle the day-to-day operation and supervision of the detention facility.

6.    The Randolph County Detention Facility has in place a systematic cleaning program. Inmates are provided cleaning materials to use for their maintenance of personal and common areas.

7.    The Randolph County Detention Facility has bathing facilities which are available to all inmates. Hot and cold water is available for bathing and inmates are provided soap and towels.

8.    The food preparation and serving areas are cleaned daily and are inspected regularly by state and local health agencies.

9.    An inspection of the Randolph County Detention Facility was conducted by the Alabama Department of Corrections on August 11, 2005. The inspection report indicated no problems similar to the conditions that Plaintiff alleges to exist within the Randolph County Jail. The Randolph County Jail received the second-highest or highest rating for all "Food Services" questions using that rating scale.

10.    The Randolph County Jail has a pest control program in place. The Jail is treated monthly by Nick Bolan's Pest Control.

11.    It is the policy and procedure of the Randolph County Detention Facility to maintain a jail that is safe both for its employees and inhabitants. To that end, the Randolph County Jail fire detection and suppression systems are inspected annually to assure that each is in proper working order throughout the facility.

12.    The Jail is subject to inspection by numerous State agencies responsible for overseeing that the Detention Facility structures comply with applicable codes and regulations.

When a fire or general safety issue arises – whether through an Inmate Request, an Inmate Grievance or Jail staff observation – the concern is addressed promptly and appropriately.

13.    Jail staff are instructed in the use of portable fire extinguishers.

14.    An emergency fire evacuation plan is posted in the Jail. The Jail also features emergency exits and appropriate fire apparatus.

15.    I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

_____
JEFF FULLER

SWORN TO and SUBSCRIBED before me this 19th day of October, 2005.

_____
NOTARY PUBLIC
My Commission Expires: 9-22-07

# Exhibit F

# Affidavit of Shirley Johnson

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **DURWARD O'NEAL BRISKEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO. 3:05-cv-725-MHT-VPM** |
| | ) |
| **COMMISSIONER WRIGHT, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**AFFIDAVIT OF SHIRLEY JOHNSON**

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF RANDOLPH** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Shirley Johnson, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Shirley Johnson.  I am over the age of nineteen and competent to make this affidavit.  I am the Jail Administrator of the Randolph County, Alabama Jail, and have served in that capacity since 1999.  I began my employment with the Randolph County Sheriff's Department in 1989 as a matron.  I am a graduate of Jail Management School.

2.    I am familiar with the Plaintiff, Durward O'Neal Briskey, due to the fact that he has been incarcerated in the Randolph County, Alabama Jail.

3.    Plaintiff has not complied with the grievance procedures of the Randolph County Jail.  I never received any grievance from the Plaintiff concerning any of the allegations made the basis of his Complaint.  As there is a grievance procedure in the Randolph County Jail, it could have been used by the Plaintiff to make known any questions or concerns he had regarding his incarceration.  I never received any such grievance, and to the best of my knowledge, no grievance was ever written by the Plaintiff concerning these matters.    Had any

1

request form or grievance been submitted by the Plaintiff, it would have been placed in his inmate file per Jail policy. However, Plaintiff's inmate file is devoid of any such grievance.

4.    The Randolph County Detention Facility has in place a systematic cleaning program. Inmates are provided cleaning materials to use for their maintenance of personal and common areas.

5.    The Randolph County Detention Facility has bathing facilities which are available to all inmates. Hot and cold water is available for bathing and inmates are provided soap and towels.

6.    The food preparation and serving areas are cleaned daily and are inspected regularly by state and local health agencies. An inspection of the Randolph County Detention Facility was conducted by the Alabama Department of Corrections on August 11, 2005. The inspection report indicated no problems similar to the conditions that Plaintiff alleges to exist within the Randolph County Jail. The Randolph County Jail received the second-highest or highest rating for all "Food Services" questions using that rating scale.

7.    The Randolph County Jail has a pest control program in place. The Jail is treated monthly by Nick Bolan's Pest Control.

8.    It is the policy and procedure of the Randolph County Detention Facility to maintain a jail that is safe both for its employees and inhabitants. To that end, the Randolph County Jail fire detection and suppression systems are inspected annually to assure that each is in proper working order throughout the facility.

9.    The Jail is subject to inspection by numerous State agencies responsible for guaranteeing that the Detention Facility structures comply with applicable codes and regulations. When a fire or general safety issue arises – whether through an Inmate Request, an Inmate Grievance or Jail staff observation – the concern is addressed promptly and appropriately.

10.    Jail staff are instructed in the use of portable fire extinguishers.

2

11.    An emergency fire evacuation plan is posted in the Jail.  The Jail also features emergency exits and appropriate fire apparatus.

12.    I certify and state that the documents from Plaintiff's Inmate File provided to the Court which are attached to the Defendants' Special Report are true and correct copies of these records, kept at the Randolph County Jail in the regular course of business.  I am the Custodian of these Records.

13.    I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

SHIRLEY JOHNSON

**SWORN TO** and **SUBSCRIBED** before me this 19th day of October, 2005.

NOTARY PUBLIC
My Commission Expires: _____

My Commission Expires 4/5/07

# Exhibit G

# Affidavit of Craig Davidson

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DURWARD O'NEAL BRISKEY,          )
                                 )
        Plaintiff,               )
                                 )
vs.                              )  CIVIL ACTION NO. 3:05-cv-725-MHT-VPM
                                 )
COMMISSIONER WRIGHT, et al.,     )
                                 )
        Defendants.              )

## AFFIDAVIT OF CRAIG DAVIDSON

STATE OF ALABAMA          )
                          )
COUNTY OF RANDOLPH        )

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Craig Davidson, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Craig Davidson. I am over the age of nineteen and competent to make this affidavit. I am the Assistant Jail Administrator of the Randolph County, Alabama, Jail. I have served the Randolph County Sheriff's Department for three years as a Captain. Before that I served as a Sergeant at the Chambers County Sheriff's Department for three years and as a jailer for two months. I am a graduate of Jail Management School.

2. I am familiar with the Plaintiff, Durward O'Neal Briskey, due to the fact that he has been incarcerated in the Randolph County, Alabama Jail.

3. The Randolph County Detention Facility has in place a systematic cleaning program. Inmates are provided cleaning materials to use for their maintenance of personal and common areas.

4.    The Randolph County Detention Facility has bathing facilities which are available to all inmates. Hot and cold water is available for bathing and inmates are provided soap and towels.

5.    The food preparation and serving areas are cleaned daily and are inspected regularly by state and local health agencies.

6.    An inspection of the Randolph County Detention Facility was conducted by the Alabama Department of Corrections on August 11, 2005. The inspection report indicated no problems similar to the conditions that Plaintiff alleges to exist within the Randolph County Jail. The Randolph County Jail received the second-highest or highest rating for all "Food Services" questions using that rating scale.

7.    The Randolph County Jail has a pest control program in place. The Jail is treated monthly by Nick Bolan's Pest Control.

8.    It is the policy and procedure of the Randolph County Detention Facility to maintain a jail that is safe both for its employees and inhabitants. To that end, the Randolph County Jail fire detection and suppression systems are inspected annually to assure that each is in proper working order throughout the facility.

9.    The Jail is subject to inspection by numerous State agencies responsible for guaranteeing that the Detention Facility structures comply with applicable codes and regulations. When a fire or general safety issue arises – whether through an Inmate Request, an Inmate Grievance or Jail staff observation – the concern is addressed promptly and appropriately.

10.    Jail staff are instructed in the use of portable fire extinguishers.

11.    An emergency fire evacuation plan is posted in the Jail.  The Jail also features emergency exits and appropriate fire apparatus.

12.    Attached to the Special Report are true and accurate documents contained in the Plaintiff's jail file.

13.    I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

CRAIG DAVIDSON

SWORN TO and SUBSCRIBED before me this 19th day of October, 2005.

NOTARY PUBLIC
My Commission Expires: _____

My Commission Expires 4/8/07