# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| DURWARD O'NEAL BRISKEY, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:05-cv-725-MHT-VPM |
| COMMISSIONER WRIGHT, et al., | ) |
| Defendants. | ) |

## DEFENDANTS' ANSWER

COME NOW Sheriff Jeff Fuller, Jail Administrator Shirley Johnson and Captain Craig Davidson, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

## Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, Durward O'Neal Briskey, and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

## Affirmative Defenses

1. The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2. Plaintiff lacks standing.

3. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

4. The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

5. Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

6. The Plaintiff's claims are barred by the Prison Litigation Reform Act.

7. Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

8. Defendants are not liable based upon *respondeat superior* theories of liability.

9. Defendants were not deliberately indifferent in any respect.

10. The Plaintiff cannot prove a violation of his rights under the Eighth or Fourteenth Amendments to the United States Constitution.

Respectfully submitted this the 3rd day of November, 2005.

s/ C. Richard Hill, Jr.
C. RICHARD HILL, JR. Bar No. HIL045
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  rhill@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 3rd day of November, 2005, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

      Durward O'Neal Briskey
      10766 County Road 26
      Wedowee, AL 36278

                                **s/C. Richard Hill, Jr.**
                                OF COUNSEL