IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DURWARD O'NEAL BRISKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv725-T |
| | ) |
| SHERIFF JEFF FULLER, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 1 December 2005, the Magistrate Judge filed a Recommendation (Doc. #18) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for the plaintiff's abandonment of his claims, his failure to comply with orders of this court and his failure to properly prosecute this action.

Done this the 22nd day of December, 2005.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE